UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

JAMES EDWARDS  :

   (vs)   Plaintiff(s)  :  **JUDGMENT**

BAYSIDE STATE PRISON, ET AL.  :  Civil #08-01280   (RBK)

   Defendant(s)  :

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on April 15, 2011 and no timely objection having been filed,

IT IS, on this 7th day of February 2012

ORDERED that the report of Hon. John W. Bissell dated April 15, 2011 is hereby affirmed and Judgment of No Cause for Action be entered in favor of defendants **Bayside State Prison, et al.** and against plaintiff **JAMES EDWARDS**.

_____
HON. ROBERT B. KUGLER, U.S.D.J.